IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Zagel |
| | ) | |
| - vs- | ) | Case No.: 10 CV 2542 |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO MOTION FOR SUMMARY JUDGEMENT**

NOW COMES NCO Financial Systems, Inc. (NCO), by and through undersigned counsel, and hereby moves this Court to extend the deadline for NCO to respond to plaintiff's Motion for Summary Judgment. In support thereof, defendant states as follows:

1. Plaintiff alleges that NCO violated the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 *et seq*. by using an autodialer to call her on her cellular telephone without prior express consent.

2. Plaintiff has since moved for summary judgment, arguing that there is no genuine issue of material fact that the calls made by NCO were made in violation of the statute. *See plaintiff's motion, doc 10.* On September 7, 2011, this Court set a briefing schedule on the motion, requiring NCO to file a response to the motion by October 6, 2011 and plaintiff to file a reply by October 20, 2011. *See doc. 14*.

3. The TCPA provides that calls made to a cellular telephone are permitted if the calls are made with "prior express consent." In the implementing regulations of the Act, the Federal Communication Commission has concluded that a debt collector has prior express consent to call a cellular number if the telephone number is provided to the creditor.

4. Here, NCO was calling a telephone number attempting to reach a third party to collect a debt on a telephone number provided by that third party to the original creditor, St. Joseph's Medical Center ("St Joseph's"). A representative from St. Joseph's has advised undersigned counsel that the intended recipient of the calls provided the cellular number at the time she obtained medical treatment. NCO has also obtained the Admission Record confirming that the cellular number was provided by the debtor to St. Joseph's.

5. NCO expects that it will obtain either an affidavit or deposition testimony from St. Joseph's to support this "prior express consent" defense.

6. St. Joseph's is located in Missouri.

7. Despite the best efforts of counsel, NCO has been unable to either schedule a deposition or obtain an executed affidavit from a representative from St. Joseph's confirming that NCO had prior express consent to call plaintiff's cellular number. NCO requires this evidence to meaningfully respond to plaintiff's motion for summary judgment.

8. Based on the foregoing, NCO moves this Court to extend the briefing schedule an additional 14 days to allow NCO to gather the evidence required to respond to plaintiff's summary judgment motion. This is NCO's first request for an extension.

9. NCO requests that the deadline to respond to plaintiff's motion be extended until October 20, 2011, and that plaintiff's reply deadline be extended to November 3, 2011.

10. NCO has contacted the attorney for plaintiff, Alexander Burke, and Mr. Burke has indicated that he has no objection to the relief being sought.

11. Granting NCO's request for a brief extension of time to respond to the summary judgment motion will neither prejudice any party nor unreasonably delay the litigation.

WHEREFORE, defendant NCO Financial Systems, Inc. respectfully requests that this Honorable Court extend the deadline for NCO to respond to plaintiff's summary judgment motion for 14 days, until October 20, 2011 and the due date for plaintiff's reply brief to November 3, 2011.

Respectfully submitted,

/s/ James K. Schultz
Attorney for NCO Financial Systems, Inc.

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 West Monroe, Suite 1120
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
E-Mail: jschultz@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2011, a copy of the foregoing **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, IL 60601
ABurke@BurkeLawLLC.com

/s/ James K. Schultz
Attorney for Defendant NCO