# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Teresa Soppet, et al.
                                                      Plaintiff,

v.                                                                                  Case No.: 1:10−cv−05469
                                                                                   Honorable Matthew F. Kennelly

Enhanced Recovery Company, LLC, et al.
                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The Court grants defendant's motion for certification under 28 USC 1292(b) and certifies for immediate appeal its decision of August 21, 2011 (docket entry 69) denying defendant's motion for summary judgment. As more fully explained in open court, the Court finds that the decision involves a controlling question or questions of law on which reasonable minds could differ and that immediate consideration of the matter on appeal is likely to advance the ultimate resolution of the litigation. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.