IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHLEY WALLS,<br>    Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant. | )<br>)  1:10-cv-2542<br>)<br>)<br>)  Judge Zagel<br>)<br>)<br>)<br>)<br>)  JURY DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME TO FILE**
**REPLY IN SUPPORT OF SUMMARY JUDGMENT**

Plaintiff respectfully requests that this Court permit her two additional weeks to file her reply in support of summary judgment and response to NCO's motion for summary judgment, so that plaintiff's combined response/reply brief is due on November 18, 2011, and NCO's final reply brief is due on December 16, 2011. In support of this motion, plaintiff states:

1. This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b) ("TCPA"), case against a debt collection agency that called plaintiff seventy-five times, without her consent.

2. Plaintiff filed for summary judgment, and his reply brief is currently due on November 3, 2011. NCO has also recently filed a cross-motion for summary judgment, and although a briefing schedule has not been entered, plaintiff plans to file a combined reply/response.

3. Although plaintiff's counsel gave priority to the drafting of the reply, the filing of NCO's motion for summary judgment, and other pressing matters over which counsel has no control, have prevented counsel from being able to complete the brief by the due date.

1

4. Plaintiff respectfully requests that this Court extend the date within which plaintiff may file by approximately two weeks, so that plaintiff's combined brief is due on November 18, 2011, and NCO's final brief is due on December 16, 2011.

WHEREFORE, Plaintiff respectfully requests that this Court permit her two additional weeks to file her reply in support of summary judgment and response to NCO's motion for summary judgment.

Respectfully submitted,

/s/Alexander H. Burke

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com