IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHLEY WALLS, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>    Defendant. )<br>)<br>) | 1:10-cv-2542<br><br>Judge Zagel<br><br><br><br><br>JURY DEMANDED |

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND THE TIME TO FILE
REPLY IN SUPPORT OF SUMMARY JUDGMENT**

Plaintiff respectfully requests that this Court permit her two additional weeks to file her reply in support of summary judgment and response to NCO's motion for summary judgment, so that plaintiff's combined response/reply brief is due on December 2, 2011, and NCO's final reply brief is due on December 30, 2011.  In support of this motion, plaintiff states:

1.  This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b) ("TCPA"), case against a debt collection agency that called plaintiff seventy-five times, without her consent.

2.  Plaintiff filed for summary judgment, and after one previous extension, her reply brief is currently due on November 18, 2011.

3.  Counsel was incorrect when he anticipated earlier that he would be able to complete the brief by November 18, 2011.  Certain pressing personal and professional issues have come up in the interim that required immediate attention.

4.  Defense counsel does not oppose this motion.

5.  Plaintiff is anxious to have this motion briefed and decided, and only files this motion does not anticipate asking for another extension.

WHEREFORE, Plaintiff respectfully requests that this Court permit her two additional weeks to file her reply in support of summary judgment December 2, 2011, and NCO's final reply brief is due on December 30, 2011.

Respectfully submitted,

/s/Alexander H. Burke

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com