IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Zagel |
| | ) | |
| - vs- | ) | Case No.:  10 CV 2542 |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO STAY PROCEEDINGS**

Defendant, NCO Financial Systems, Inc. ("NCO"), through counsel, submits this Unopposed Motion to Stay Proceedings and states as follows:

1. Plaintiff filed the instant lawsuit on April 23, 2010 asserting three separate causes of action against NCO. Two of those causes action have been resolved by the parties; the only cause remaining is brought pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §227(b) ("TCPA").

2. In the remaining claim, plaintiff asserts that NCO violated the TCPA by calling her multiple times on her cellular telephone in relation to a debt that she did not owe. NCO denies any violation of the TCPA and the parties have filed cross motions for summary judgment on that claim.

3. *Soppet, et al. v. Enhanced Recovery Co.,* 2011 WL 3704681 (N.D. Ill. 2011) was recently accepted by the Seventh Circuit for interlocutory appeal.

1

4.  The parties agree that the facts of this case are similar enough to those presented in *Soppet* that the outcome of the appeal will very likely affect the outcome of this case.

5.  The power to stay proceedings is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Texas Independent Producers and Royalty Owners Ass'n v. Environmental Protection Agency*, 410 F.3d 964, 980 (7th Cir.2005) (quoting *Landis v. North American Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936)). "A stay pending the outcome of litigation in another court…involving the same or controlling issues is an acceptable means of avoiding unnecessary duplication of judicial machinery." *Aetna State Bank v. Altheimer*, 430 F.2d 750, 755 (7th Cir.1970))

6.  Undersigned counsel has discussed this motion with counsel for plaintiff who does not oppose the relief requested herein.

7.  Accordingly, it appears to be in all parties' best interests, as well as in the interest of judicial efficiency, to stay all proceedings in this matter until the Court of Appeals renders its decision in *Soppet*.

WHEREFORE, Plaintiff, Ashley Walls, requests that this Court stay the instant matter pending the Seventh Circuit Court of Appeals' decision in *Soppet, et al. v. Enhanced Recovery Co*, 11-3819.

Dated: January 16, 2012

                                                  Respectfully submitted,

                                                  /s/ James K. Schultz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 West Monroe St., Suite 1120
Chicago, IL 60603
Telephone: 312-578-0990
Facsimile: 312-578-0991
jschultz@sessions-law.biz

Bryan C. Shartle
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: 504-828-3700
Facsimile: 504-828-3737
bshartle@sessions-law.biz

Attorneys for Defendant, NCO

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2012, a copy of the foregoing Unopposed Motion to Stay Proceedings was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel, as described below. Parties may access this filing through the Court's system.

    Alexander H. Burke
    BURKE LAW OFFICES, LLC
    155 N. Michigan Ave., Suite 9020
    Chicago, IL 60601
    aburke@burkelawllc.com


    /s/ James K. Schultz
    Attorney for NCO Financial Systems, Inc.