**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ASHLEY WALLS, )<br>　　Plaintiff, )<br>)<br>　　v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>　　Defendant. )<br>)<br>)<br>) | 1:10-cv-2542<br><br>Judge Zagel<br><br><br>JURY DEMANDED |

**STIPULATION FOR DISMISSAL**

　　All parties hereby stipulate to dismissal of this action with prejudice, without costs.

Respectfully submitted,


/s/Alexander H. Burke				/s/James K. Schultz
Counsel for Plaintiff				Counsel for Defendant

**BURKE LAW OFFICES, LLC**			Sessions Fishman Nathan & Israel, LLC
155 N. Michigan Ave., Suite 9020		55 West Montoe St. Suite 1120
Chicago, IL 60601				Chicago, IL 60603-5130
(312) 729-5288					(312) 578-0990
(312) 729-5289 (fax)				(312) 579-0991 (fax)
ABurke@BurkeLawLLC.com			JSchultz@Sessions-Law.biz
www.BurkeLawLLC.com